# MAY, 1925.

## C. L. BRUCE v. THE STATE.

No. 9247.   Delivered May 6, 1925.

**Theft of Automobile—Appeal Withdrawn.**

Defendant has filed in this court his affidavit, stating that he no longer desires to prosecute his appeal, but wishes to withdraw it. Complying with his request the appeal is ordered dismissed.

Appeal from the District Court of Taylor County.   Tried below before the Hon. W. R. Ely, Judge.

Appeal from a conviction for theft of an automobile; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for theft of an automobile. Punishment, two years in the penitentiary.

Defendant has filed in this court his affidavit stating that he no longer desires to prosecute his appeal but wishes to withdraw same. Complying with his request the appeal is ordered dismissed.

*Dismissed.*